**FILED**
January 10, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARTON JOSEPH SLOAN,<br><br>Defendant. | Case No. 2:20-mj-00005-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BARTON JOSEPH SLOAN</u> Case No. <u>2:20-mj-00005-CKD</u> Charges <u>21 U.S.C. §846,841 (a)(1)</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

  \_\_\_\_\_   Unsecured Appearance Bond $ _____

  \_\_\_\_\_   Appearance Bond with 10% Deposit

  \_\_\_\_\_   Appearance Bond with Surety

  \_\_\_\_\_   Corporate Surety Bail Bond

  __X__   (Other): <u>Pretrial Supervision conditions as stated on the record in open court.</u>

Issued at Sacramento, California on January 10, 2020 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman